**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00444-CV

### ALISON L. DARRELL, Appellant

### V.

### CRP CYPRESS LAKE, LP, GREY STAR CYPRESS AT STONERBRIAR APARTMENTS, ET AL., Appellees

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-04366-2011

## ORDER

We **GRANT** appellant's June 19, 2014 motion to dismiss this appeal with respect to two of the appellees. We **DISMISS** this appeal as to appellees CRP Cypress Lake, LP and Greystar Cypress Lake @ Stonebriar Apartments. This appeal continues as to appellees Laramar Management Services, LLC and Laramar Communities, L.L.C.

In a letter dated May 27, 2014, the Court informed appellant that the trial court clerk notified this Court that the clerk's record has not been filed due to nonpayment. We instructed appellant to provide this Court within ten days either written verification of payment of the clerk's fee or written documentation showing that appellant has been found entitled to proceed without advance payment of costs. We cautioned appellant that failure to provide the requested

documentation may result in dismissal of the appeal without further notice. As of today's date, the Court has not received a response from appellant. Accordingly, we **ORDER** appellant to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, either: (1) written verification that she has paid or made arrangements to pay the clerk's fee; or (2) written documentation showing that she is entitled to proceed without advance payment of costs. We caution appellant that if the Court does not receive the requested documentation within ten days, the appeal will be dismissed without further notice.

/s/     ADA BROWN
          JUSTICE